UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JASON BLEVINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 4:17-CV-76-TAV-SKL ) |
| AUSTIN SWING, TIM LOKEY, MARY WEST, JENNIFFER LITTLE, TABITHA PHILPOT, SOUTHERN HEALTH GROUP, BECKY and TONYA EDWARDS, | ) ) ) ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

This pro se prisoner's civil rights action under 42 U.S.C. § 1983 was filed on December 7, 2017 [Doc. 1]. On January 3, 2018, the Court entered a Memorandum and Order screening the complaint to determine whether, *inter alia*, the pleading failed to state a claim which would entitle Plaintiff to relief under § 1983 [Doc. 3]. The Court found that the complaint, as pled, failed to state a claim, but that it might state a claim if Plaintiff amended certain allegations [*Id.*]. Thus, the Court allowed Plaintiff twenty-one days from that date to amend those allegations [*Id.*].

More than twenty-one days have passed, and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order. Therefore, this case will be **DISMISSED** for failure to state a claim for relief, 28 U.S.C. § 1915(e)(2), and for Plaintiff's failure to prosecute and to comply with the orders of this Court, Fed. R. Civ. P. 41(b).

**AN APPROPRIATE ORDER WILL ENTER**.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE